## Chad VICE, Appellant,

### v.

## STATE of Missouri, Respondent.

### No. ED 95525.

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 16, 2011.

Ellen H. Flottman, Columbia, MO, for appellant.

Chris Koster, James B. Farnsworth, Jefferson City, MO, for respondent.

Before: CLIFFORD H. AHRENS, P.J., ROY L. RICHTER, J., and GARY M. GAERTNER, JR., J.

### *ORDER*

PER CURIAM.

Chad Vice appeals from the judgment denying his Rule 24.035[1] motion. We have reviewed the briefs of the parties and the record on appeal, and we conclude the motion court's denial of post-conviction relief was not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties, for their use only. We affirm the judgment pursuant to Rule 84.16(b).

---

1. All rule references are to Mo. R.Crim. P.2011, unless otherwise indicated.